IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA SENEGAL MUHAMMAD,

        Petitioner,               No. 2:09-cv-2503 JFM

    vs.

WARDEN D.K. SISTO, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition, filed December 31, 2009.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents are directed to file a response to petitioner's amended habeas petition, filed December 31, 2009, within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1          3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

2  shall be filed and served within thirty days after service of the answer;

3          4.  If the response to the habeas petition is a motion, petitioner's opposition or

4  statement of non-opposition to the motion shall be filed and served within thirty days after

5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

6  thereafter; and

7          5.  The Clerk of the Court shall serve a copy of this order together with a copy of

8  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

9  Senior Assistant Attorney General.

10  DATED:  January 6, 2010.

12  _____
UNITED STATES MAGISTRATE JUDGE

14  /001; muha2503.100

2