IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA SENEGAL MUHAMMAD,

      Plaintiff,                    No. 2:09-cv-2503 LKK KJN P

   vs.

WARDEN D.K. SISTO, et al.,

      Respondents.           ORDER TO SHOW CAUSE

                                 /

          Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 20, 2010, respondents filed a motion to dismiss this action on the ground that petitioner failed to state a cognizable habeas corpus claim, and for failure to exhaust state judicial remedies.  Petitioner has not filed an opposition to the motion.  Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

          Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, first, why his failure to oppose respondents' December 20, 2010 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and second, file an opposition to the motion to dismiss.  Petitioner is cautioned that failure to respond

1

1 to the instant order, or to file an opposition to the pending motion to dismiss, will result in a
2 recommendation that this action be dismissed.
3 DATED: February 15, 2011

```
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
```

7 muha2503.46h